**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIVANANDA MIZAR,<br><br>　　　Plaintiff,<br>vs.<br><br>RJM ACQUISITIONS AND FUNDING, LLC,<br><br>　　　Defendant. | Case No.: 4:11-cv-02068<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 8/17/11

_____
Hon. Saundra B. Armstrong
United States District Judge